**U.S. BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In Re:
HARRIGAN, GERARD SHELDON                CASE NO. 15-15166-RBR
                                        CHAPTER 13

DEBTOR
_____/

**MOTION TO CONFIRM AUTOMATIC STAY**
**IS NOT IN EFFECT AS TO DEBTOR'S REAL PROPERTY**

**Notice Of Opportunity to Object**
**and for Hearing**

Pursuant to Local Rule 2002-4, the Court will consider this motion without further notice or hearing unless a party in interest files an objection within 21 days from the date of service of this paper. If you object to the relief requested in this paper, you must file your objection with the Court at Clerk of the Bankruptcy Court, Southern District of Florida, United States Courthouse, 299 E. Broward Blvd., #112, Fort Lauderdale, FL 33301 and serve a copy on the movant's attorney, Kelly E. Elkins, PO Box 40762, Saint Petersburg, FL 33743.

If you file and serve an objection within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

**ALS IX LLC**, by and through their undersigned counsel, moves this Honorable Court for

an order onfirming the automatic stay is not in effect as to Debtor's real property.

1. The Debtor, GERARD SHELDON HARRIGAN filed a voluntary petition for relief under U.S.C. Title 11, Chapter 13 on March 23, 2015.

2. The Debtor, GERARD SHELDON HARRIGAN has a judgment lien recorded in Broward County on a property which is subject to a foreclosure action filed against the Debtor in favor of Movant, ALS IX LLC, concerning a property legally described as:

   **LOT 8, AND THE WEST 21 FEET OF LOT 9, BLOCK 6 OF SOUTH HOLLYWOOD AMENDED PLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 4, PAGE 10 OF THE PUBLIC RECORDS OF BROWARD COUNTY, EXCEPTING THEREFROM THE SOUTH 7.5 FEET OF SAID LOTS.**

   **Property Address: 2726 DEWEY ST, HOLLYWOOD, FL 33020**

3. Movant and Debtor failed to reach a settlement at the Mortgage Modification Mediation (MMM).

4. It has been more than fourteen (14) days since the MMM and Debtor has not Modified the plan to conform to Movant's Proof of Claim or provide that the above-referenced real property will be surrendered as required pursuant to Administrative Order 14-03.

WHEREFORE, **ALS IX, LLC,** respectfully requests that this Honorable Court enter an order onfirming the automatic stay is not in effect as to Debtor's real property, and awarding reasonable fees and costs, and any other relief deemed appropriate by the Court.

                                        KELLY E. ELKINS, P.A.
                                      PO Box 40762
                                      Saint Petersburg, Florida 33743
                                      attyfc@keelegal.com

Date: 6/20/2016                        By: _____
                                        Kelly E. Elkins
                                        Florida Bar No. 469963

      I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by First Class, U.S. Mail, Postage Pre-paid and/or electronic means on this 20th day of June, 2016, to All Parties of Record.

                                        KELLY E. ELKINS, P.A.
                                        PO BOX 40762
                                        Saint Petersburg, Florida 33743
                                        Telephone: (954) 234-5858
                                        attyfc@keelegal.com

By: _____/s/ Kelly_____
                                        Kelly E. Elkins
                                          Florida Bar No. 469963