

ORDERED in the Southern District of Florida on June 27, 2016.

Raymond B. Ray, Judge
United States Bankruptcy Court

___

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                             CASE NO: 15-15166-BKC-RBR
**GERARD SHELDON HARRIGAN**
XXX-XX-4847
_____Debtor_____/

### ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF COUNSEL

This matter came to be heard upon the Ex Parte Motion for Substitution of Counsel (Docket #62). Based on the record, and the parties having agreed to the entry of this order, it is:

**ORDERED:**

1. The Ex Parte Motion for Substitution of Counsel is **GRANTED.**
2. All future pleadings and notices for the debtors shall be served upon the attorney for the debtor, Christian Paul Larriviere, Esq.

(###)

Christian Paul Larriviere, Esq., is directed to furnish a conformed copy of this order to all interested parties.